Roy M. Packard, *et al.*, v. Edward E. Stevens.

197 So. 115
Division B
Opinion Filed June 25, 1940
Rehearing Denied July 12, 1940

*John D. Shepard,* for Appellants;
*Edwards & Edwards,* for Appellees.

Per Curiam.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed. See Luers v. Kuykendall, 135 Fla. 644, 185 So. 448; R. D. Lamar, Inc., v. Ray, 132 Fla. 704, 182 So. 292.

Affirmed.

Whitfield, P. J., and Brown and Chapman, J. J., concur.

Buford, J., concurs in opinion and judgment.

Chief Justice Terrell and Justice Thomas not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.